**This page is intentionally blank.**
**This entry creates no document.**